UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

JOSE LEONEL GUICHO-ACOSTA,

        Defendant.

Case No. MJ22-027 MLP

DETENTION ORDER

<u>Offenses charged</u>:

Mr. Guicho-Acosta is charged with possession of methamphetamine with intent to distribute, 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii), and 18 U.S.C. § 2, and possession of fentanyl with intent to distribute, 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(vi), and 18 U.S.C. § 2. The Court held a detention hearing on January 21, 2022, pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. There is a rebuttable presumption of detention pursuant to 18 U.S.C. § 3142(e).
2. Mr. Guicho-Acosta stipulated to detention.
3. Mr. Guicho-Acosta poses a risk of nonappearance because his background and ties

DETENTION ORDER - 1

to this district are unknown. Mr. Guicho-Acosta poses a risk of danger based on the nature of the instant offenses. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Guicho-Acosta's appearance at future court hearings while addressing the danger to other persons or the community.

4. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure Mr. Guicho-Acosta's appearance at future court hearings while addressing the safety of the community.

IT IS THEREFORE ORDERED:

(1) Mr. Guicho-Acosta shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Guicho-Acosta shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Guicho-Acosta is confined shall deliver him to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to

\\
\\
\\

DETENTION ORDER - 2

counsel for Mr. Guicho-Acosta, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this <u>24</u>th day of January, 2022.

                                                  MICHELLE L. PETERSON
                                                  United States Magistrate Judge